Angelo Karon WILLIAMS, sui juris, Freeman, Petitioner–Appellant,

v.

Eric H. HOLDER, Jr., his official capacity as: Attorney General for United States; Rex W. Coffey, In his official capacity as: Sheriff for Charles County Maryland; Rod J. Rosenstein, In his official capacity as: Attorney for United States Court; William Moomau, In his official capacity as: Assistant Attorney for the United States District Court; Peter J. Messitte, In his official capacity as: Judge for the United States District Court, Respondents–Appellees.

No. 13–7440.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2014.

Decided: March 6, 2014.

Angelo Karon Williams, Appellant Pro Se. Jason Daniel Medinger, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before KING, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Karon Williams, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Holder*, No. 8:13–cv–00252–PWG, 2013 WL 4478195 (D.Md. Aug. 16, 2013). We deny Williams' motions to amend the caption and for summary judgment/show cause hearing and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*